# Exhibit 4

January 19, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 781059355981

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | YONGACHEV | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Tacoma, WA, |
| | | Delivery date: | Jul 19, 2023 11:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781059355981 | Ship Date: | Jul 13, 2023 |
| | | Weight: | 0.2 LB/0.09 KG |

| Recipient: | Shipper: |
|---|---|
| Parkland, WA, US, | WINTER PARK, FL, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx