# Exhibit 5



157 E. New England Ave.  
Suite 375  
Winter Park, FL 32789

Amaris C. Gyebi  
Direct:  407-644-8888  
agyebi@firstiniplaw.com

August 10, 2023

**VIA FEDEX AND EMAIL:**
service@aaatruckrepairllc.com

AAA Truck Repair  
Attn: Alexander S. Goncharov  
312 140th St. S  
Parkland, WA 98444

 *Re:* **Unauthorized Use of AAA's Marks**

Dear Mr. Goncharov:

 We write regarding our April 26, 2023, and July 14, 2023, letters concerning your unauthorized use of the AAA Marks and your latest response to the same.

 In our previous letters, we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile-related services such as vehicle insurance programs, emergency roadside assistance, travel arrangement services, and warrantying and coordinating auto repair services. Our letters further explained that your utilization of the term AAA in your business name is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are somehow associated or affiliated with AAA. Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law.

 While your lack of response indicates that you are intent on continuing the infringement, we write to you in the hopes that you will choose to settle this matter amicably and forego the costs you will be responsible for should litigation ensue.

 Accordingly, we hereby reiterate our request that you immediately discontinue use of the AAA business name and mark. If we do not hear from you within ten days of receipt of this letter, AAA will take all steps necessary to protect its rights. **This is your final opportunity**.

         Sincerely,  
         /s/Amaris Gyebi  
         Amaris C. Gyebi, Esquire

ACG/cry