# Exhibit 6

January 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 772930141877

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | AGONGACHEV | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Tacoma, WA, |
| | | Delivery date: | Aug 14, 2023 12:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772930141877 | Ship Date: | Aug 8, 2023 |
| | | Weight: | 0.1 LB/0.05 KG |

Recipient: | Shipper:
PARKLAND, WA, US, | Winter Park, FL, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx