# Exhibit 7

aaatruckrepairllc.com

## AAA TRUCK REPAIR

SERVICES   PARTS & EQUIPMENT   ABOUT   CONTACT

Call us   Directions

**FULL SERVICE**

# Commercial truck and trailer repair, and parts in Tacoma, WA

FAST. DEPENDABLE. AFFORDABLE.

**Trailer and Reefer Repair**

**Parts and Sales**

**Truck Repair Services**