# Exhibit 8



